MONROE JOHNSON V. THE STATE.

It is error to place a defendant upon trial for a capital offense without having served him with a copy of the indictment against him at least two whole days before his arraignment for trial, unless the right to such copy or to such delay be waived by him. (Paschal's Digest, Article 2935.)

APPEAL from Milam. Tried below before the Hon. J. M. Onins.

There is no occasion for a statement of the facts.

*E. R. Smith,* for the appellant.

*Wm. Alexander, Attorney-General,* for the State.

WALKER, J. The appellant was indicted for murder, and was tried and convicted of manslaughter. He was not served with a copy of the indictment, nor with a list of the names of the special venire. The trial was not, in this respect, according to law. Paschal's Digest, Article 2935, provides that the prison-

er shall be served with a copy of the indictment at least two whole days before he can be arraigned for trial. •

The judgment must be reversed and cause remanded.

Reversed and remanded.